UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULAHI NUR IBRAHIM,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. 2:23-cv-00227-JHC<br><br>ORDER TO SHOW CAUSE |

Before the Court is Plaintiff Abdulahi Nur Ibrahim's complaint. Dkt. # 1. The Court has reviewed the complaint, which does not contain a "short and plain statement of the court's grounds for jurisdiction." *See* Fed. R. Civ. P. 8(a)(1).

Federal district courts are "courts of limited jurisdiction," possessing "only that power authorized by Constitution and statute." *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 552 (2005). The party invoking jurisdiction must allege facts that establish the court's subject matter jurisdiction. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560-61 (1992). In general, federal jurisdiction exists when either (1) a claim arises under the Constitution or laws of the United States, or (2) a suit arises between citizens of different states and the amount in controversy exceeds $75,000.00. *See* 28 U.S.C. §§ 1331, 1332; Erwin Chemerinsky, Federal

ORDER TO SHOW CAUSE  1

Jurisdiction § 5.1 (5th ed. 2001) (listing other non-exhaustive categories of subject matter jurisdiction).  If a federal court determines that it lacks subject matter jurisdiction at any time during a dispute, the court must dismiss the action.  *See* Fed. R. Civ. P. 12(h)(3); *Rosales v. United States*, 824 F.2d 799, 803 n.4 (9th Cir. 1987).  Because Plaintiff's complaint does not allege a violation of a federal statute or constitutional provision, or an amount in controversy in excess of $75,000.00, the Court does not have sufficient information to determine whether it has jurisdiction over this action.

Accordingly, the Court orders Plaintiff to file a brief that provides information establishing a basis for the Court's exercise of subject matter jurisdiction.  The Court further orders Plaintiff to file the brief by no later than 5 p.m., Tuesday, April 4, 2023.  If Plaintiff fails to file the brief or otherwise fails to demonstrate that the Court has subject matter jurisdiction, the Court will dismiss the complaint without prejudice.

Dated this 21st day of March, 2023.

John H. Chun
United States District Judge